LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES MERRYWEATHER, | Case No. 4:06-cv-1229 CW |
| Plaintiff, | **STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., AND JOHNSON & JOHNSON** |
| vs. | |
| ASTRAZENECA PHARMACEUTICALS, et al | |
| Defendants. | |

Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY** defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: July 26, 2006

LEVIN SIMES KAISER & GORNICK LLP

_____
Dennis J. Canty
Attorneys for Plaintiff

Dated: July 19, 2006

DRINKER BIDDLE & REATH LLP

_____
Charles F. Preuss
Steven M. Selna
Owen J. Rescher
Attorneys for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc., and Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/1/06  _____
United States District Court

STIPULATION AND VOLUNTARY DISMISSAL                                          PAGE 1